UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN C.E. DUCART, et al.,<br><br>    Defendants. | Case No. 16-CV-04821 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On March 16, 2017, this court dismissed the complaint with leave to amend. Plaintiff was advised that his failure to file an amended complaint within thirty days may result in dismissal of this action. More than thirty days have passed and plaintiff has failed to file an amended complaint or otherwise communicate with the court. Therefore, this case is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

DATED: 4/26/17

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 16-CV-04821 LHK (PR)
ORDER OF DISMISSAL

1